# EXHIBIT A

# HISTORY OF THE CASE

HISTORY OF THE CASE

May 2018: the Center requested "labor agreements between the CIS and asylum officers"

July 2019: The Center requested "asylum officer lesson plans, materials, instructions, and guidance used during the class of new officers July 2019"

November 2019: the Center requested "studies, analyses, memoranda, information, instructions reports and documents about "harm"

    2020

Aso of April 2020: DHS had produced nothing

April : the Center filed the Complaint ECF # 1

July 13th: DHS delivered 210 unredacted pages, concerning Labor Agreements, [first cause of action]

July 26th:  DHS delivered four Lesson Plans, totaling 109 pages

August 4th:  DHS delivered 1,103 pages, but it was in response to something else
August 26th: DHS delivered links to 25 lesson plans

ECF # 11: MSJ filed by plaintiff in September
ECF #15: MSJ filed by DHS in October

November 19th: DHS announced it had found new documents, in ECF #19.
   DHS said "there were gaps in the search" and  "This inadvertent error was only discovered recently."

November 19th: Order of the Court: DHS shall file Status Report. "Any remaining documents shall be produced to the Plaintiff on or before January 19, 2021"

December 21st:: DHS released 324 pages, with many redactions

    2021

ECF #22: February 17, 2021: DHS states it produced 324 additional pages and 786 pages in full and 2,139 in part

June 10th: The Center filed MSJ  [ECF 25]

Status conference held on June 17th

September: DHS filed MSJ  [ECF#28]

DHS asks for many extensions of time

      2022

April 11th: Memorandum Opinion issued ECF #37
   Search as to Count II: Center's MSJ is granted   pg 7 of 20
   Search as to Count IV: Center's MSJ is granted   g 8
 "USCIS falls well short" concerning deliberative process privilege   pg 9
    but, concerning attorney work product: USCIS prevails  12
    and, as to Exemption 7E, USCIS prevails, except for one page    pg 19

#38 Order:
Defendant shall disclose in full all records withheld under the deliberative process privilege. Defendant shall also disclose without redactions page 39 of the lesson plan entitled Analyzing the Persecutor Bar.

May 9th ECF #39: Motion to Alter or Amend Judgment filed

telephone conference held May 16th

5/24  ECF #43: Motion to alter is denied

June 27th: DHS released 206 pages

July 21st: lesson plans released
July 22: DHS released 44 pages

September 20th Status Conference held. "The Government is directed to respond to the Plaintiff's outstanding concerns."

October 31st DHS responded, in writing,  to the eleven concerns of the Center

November 1, 2022: DHS ordered to file another JSR by Nov 30th, "updating the Curt on the progress of plaintiff's request"