# EXHIBIT C

# ITEMIZATION OF HOURS
# April 2020-November 2022

**DATE    HOURS    ACTIVITY**

DURING THE YEAR 2020

4/28
1.5 gathering requests and responses
 .8 rough draft of complaint
1.2 reading court website; ECF rules; checklist for attorneys
4/29
 .8 improving complaint
 .6 preparing exhibits A-D
 .3 preparing civil cover sheet
 .6 preparing 3 summons
1.1 reading courts rules re filing
.5 assembling all documents; filing via ECF; paying $402
.2 email from clerk, preparing new civil cover sheet
.3 filing with court

5/1
 .7 download summons; preparing package; serving US attorney
.2 filing ECF #4 with court;  preparing packages for DHS and AG

5/4 .5 preparing packages for priority mail; going to post office; paid $7.75 and $7.75
5/7 .6 preparing and filing proof of service
5/8 .4 review of file; reading TNM Order
6/1
 .6 rec&rev of Anser; cross-refer with Comlaint
 .3 rereading ECF #5
1.1 research on Rule 8
.8 research on Rule 11b

6/2 .2 rec&rev of Minute Order
6/23 .6 rec&rev of proposed JSR; searching files to answer request of Benton Pterson
                            comparing JSR with requests
6/24 1.1 revising JSR
6/25 .3 revising JSR;
6/26 .2 rec&rev of JSR
7/1 .3 review of ECF #9; comparing the versions
7/13 1.0 rec&rev of 210 pages; First cause of action; email to BP
7/28
 .3 rec&rev of 109 pages; Fourth cause of action
 .9 searching Electronic Reading Room
.3 email to Abby Meltzer

7/29
 1.1 email from A Meltzer; searching link
.5 preparing questions; email to A Meltzer

8/10
2.2 study of 829 pages
1.6 study of 274 pages
8/14
1.5 CIS is confused? study of file and requests
1.2 study of lesson plans
8/15 2.1 study of ifle; preparing draft of JSR
8/16
3.1 study of pages 1-251 of the 1,103
2.2 study of pages 252-500
1.2 study of page 501-800
8/17 2.6 study of page 801 to 1,103

8/18
 .7 preparing declaration of DLC
.5 preparing JSR; email to B Peterson
.5 revising JSR; email to B P
.3 revising JSR again!
.1 filing with court [ECF # 10]

8/19
 .5 study of 4th cause of action
1.6 searching the Electronic Reading Room
.4 review of file; email to A Meltzer
8/20 .2 rec&rev of ECF # 10 and Order of court
8/21 .8 preparing Dec for Mot for partial SJ
8/23 .3 email to BP and AM
8/26 1.2 email to BP; searching the ERR
8/27 .6 email to BP; looking at his new links
8/28 1.8 searching all links for Matter of A-B- and Matter of L-E-A-
8/31 1.1 study of history of 4th cause

9/3
.9 study of history; emails
1.5 searching for Lesson PLans; drafting emails
9/15 2.1 drafting MSJ; Memo; SOMF and dec of DLC
9/16
1.4 dec of DLC re second cause
.6 SOMF re second cause
1.0 Memo of Points, re second cause
.5 dec of DLC; re 4th cause
1.4 SOMF re 4th cause

1.1 Memo of Points, re 4th cause

9/17
 2.1 revising dec of DLC re 2nd cause; SOMF re 2nd cause; Memo of points re 2nd
1.9 revising dec of DLC re 4th; SOMF; and Memo of points
.7 creating exhibits and double checking
.3 filing with court
.2 preparing draft JSR

9/19
.1 rec&rev of JSR
.1 rec&rev of deadlines
9/22 .3 review of entire file
10/17
 .1 rec&rev of email from BP
.1 rec&rev of Motion to extend
10/28 .2 rec&rev of #15

10/29
 2.1 study of #15
.2 rec&rev of  #16
1.3 study of #16
.9 preparing Reply to #15

11/2
 .4 preparing Reply: 2nd cause
.5 preparing Reply: 4th cause
.9 preparing Dec and attachments
.2 rewriting Relpy

11/3
1.2 preparing OPP #18
.9 counter statement of facts
11/19 .3 conferring with BP

11/20
 .5 rec&rev of #19 and #19-1
.2 rec&rev of Minute Order
.6 study of file; email to BP
11/21 1.1 preparing DLC decs 11/21 and 1/22
11/27 .3 rec&rev of BP email; review of Order
12/23 .9 rec&rev of 324 pages
= = =

DURING THE YEAR 2021

1/1 1.1  review of entire file
1/2
1.5 study of page 1-217 of the 324
1.2 study of pages 218-324
.6 review of original request and other disclosures
.9 objections to deletions on pages 1-58
.8 objections to deletions on pages 59-105
.7 objections to deletions on pages 106-140

1/3
 .1 objections to deletions on pages 141-167
.1 objections to deletions on pages 168-192
.3 objections to deletions on pages 193-257
.4 objections to deletions on pages 258-281
.3 objections to deletions on pages 282-324
1.5 research on b7E

1/4 1.6 research on 7E; improving DLC dec of 1-4-21
3/22 .3 review of file; organizing file
4/14 2.1 study of released pages; organizing file
4/15 1.2 review of file; preparing JSR
.2 email to Tom Duffey
4/19
 .2 rec&rev of JSR
.1 rec&rev of Order
4/22
 .5 review of entire file
1.8 reading "390" pages; preparing 4-22-21 dec

4/23
1.2 reading 390; revising 4-22-21 dec
1.9 reading pages 1-259 of 998
.8 reading pages 260-403
.3 reading pages 404-436

4/24 2. reading pages 437-998
4/25 .6 preparing DLC dec of 4/25/2
5/1 1.6 study of file; organizing
5/3 .9 taking notes from the 998
5/17 .3 rev of file; email to TD
5/31 1.8 review of file; preparing exhibits 420 and exhibit 324

6/1 2.1 preparing exhibits

6/7
.3 reviewing Order #5
1.6 review of Complaint, and ECF # 1-18
6/8 2.3 revising DLC declarations 998 and 584
6/9
1.3 revising DLC decs 420 and 390
.9 revising DLC dec 324 and 234
1.5 preparing SOMF
2.3 preparing MSJ

6/10
 .8 correcting declarations
1.6 correcting SOMF
.7 improving MSJ

6/16 2.1 review of entire file
6/17 1.5 review of file; preparing for and attending telephone hearing
6/22 .1 email to Tom Duffey
6/25 .1 phone message for TD
7/4 .3 study of file; email to TD
7/16 .5 email to TD; reading drafts

9/16
 .2 rec&rev of #27
1.6 rec&rev of #28
.9 reading #28-2
.5 reading # 28-3
.5 reading # 28-4
.6 reading # 28-5
.9 reading # 28-6

9/17
2.3 re-reading taking notes on #28
1.1 preparing outline for response
.8 re-reading complaint
1.2 DLC dec re facts

9/18
.9 research on harm
1.8 research on technique and procedure
1.0 research on standard for searching
9/19 .5 review of MSJ by DHS

9/22
 .4 DLC dec re 1st cause
1.2 DLC dec re 2d
.3 DLC dec re 3d
2.1 DLC dec re 4th
1.2 searching for memos from John Lafferty
1.5 searching for memos from Angie Gipson

9/26
1.0 DLC dec of 10-13-21
.3 reviewing Standing Order
1.5 responding to SOMF of DHS
1.2 Opp to MSJ of DHS

9/27
 .1 commenting on 1st cause
1.6 commenting on 2d
.1 commenting on 3d
1.3 commenting on 4th
.6 comments on # 28-5
1.0 comments on # 28-6
2.1 comments on # 28-7
2.3 research on techniques and procedures

9/28
 1.9 reviewing history of entire case
.3 MSJ as to 1st cause
2.1 MSJ as to 2d
.2 MSJ as to 3d
1.7 MSJ as to 4th
.9 re-writing dec of DLC
.5 re-writing SOMF
1.3 re-writing MSJ as to 2d

9/29
2.1 rewriting MSJ as to 4th
.9 improving SOMF re earlier lesson plans
1.5 rewriting DLC dec
1.9 rewiring SOMF
2.1 rewriting 4th cause

10/1
2.3 researching 7E
1.1 re-writing 4th cause
2.2 proof reading; re-arranging sub arguments; editing

.5 rewriting parts of 4th
10/2
 1.2 preparing exhibits
1.0 rewriting 2d cause argument
.8 improving and correction exhibits

10/10
 1.2 rewriting Memo
.8 rewriting SOMF
1.7 rewriting Reply
1.2 preparing and correcting exhibits

10/11
 1.4 proof reading and correcting Memo
.8 creating PDFs
2.1 double checking exhibits and filing with court
12/13
 .2 rec&rev of emails and Order
1.6 review of entire file

12/15
.5 rec&rev of #34
.2 rec&rev of #35
1.5 re-reading complaint and early history
12/16
1.9 re-reading # 9-17
2.2 rereading # 18-28
2.1 rereading #29
1.2 reading #34
.3 reading #35

12/17
 1.2 outline of Reply
1.3 Facts that are undisputed
2.7 2d cause
12/18
1.5 2d cause
2.0 4th cause
2.6 research on 7E

12/19
 .9 re-writing 2d
2.4 re writing 4th
1.3 creating Table of Contents; Authorities; editing
12/21 1.4 editing and rewriting Reply
2.1 research on 7E

= =

DURING THE YEAR 2022

4/11
1.1 rec& rev of #37
2.1 review of file; preparing for meeting with TD
1.9 reading new cases cited in #37
4/22
 .8 review of entire file; rereading #37
.5 preparing "hidden lesson plan" file
.3 preparing and sending email to TD
5/4 1.1 draft of JSR
5/5 .2 preparing and sending JSR to TD
5/9 1.2 rec&rev of Rule 59e motion
5/10 2.3 research on Rule 59
5/11
 .2 rec&rev of two draft JSRs
.1 response to TD; re JSAR
.8 reading Emuwa Memo Op, cited by TD
5/12
 2.5 Opp to Rule 59 motion
1.6 research on Rule 59e
2.2 draft of Opp
5/13
1.4 revising Opp
.1 rec&rev of JSR
.3 revising and filing Opp

5/16 1.0 preparing for and attending conference
5/21 .2 rec&rev of #42
5/24 .1 rec&rev of#43 Order

7/3
.5 rec&rev of 206 pages just received
1.5 review of file and the 206 pages
7/26
.3 rec&rev of email + disclosure+ JSR
.3 rec&rev of #44
.1 rec&rev of Order
7/27 1.2 untangling DHS response; email to TD
8/8 1.4 preparing JSAR; email to TD
8/15 .8; study of file; email to TD
8/19 .6 rec&rev of TD proposal
8/22 1.3 preparing #45

9/6
.3 study of file; email to TD
1.2 study of entire file
9/9  1.6 preparing JSR; email to TD
9/14
.8 preparing JSR; email to TD
.6 reading response of TD; searching the ERR
9/15 1.2 preparing yet another JSR; reading response of TD
9/16
.9 preparing Status Report; email to TD
.3 phone call with TD
.5 preparing and filing Status Report
9/20
 .5 review of file
1.5 Status Conference conferring with TD

10/13 .2 review of file; email to TD
10/28 .3 rec&rev of email from TD; review of file
10/30 .6 preparing JSR; email to TD
10/31  .5 rec&rev of TD's draft; preparing new JSR
11/1
 .1 rec&rev of Order
.9 organizing file
= = = = = = = = = = = = = == =

 Total hours: April 2020 through November 1, 2022  = 269.0. hours

5% of 269 = 13.45 hours         269- 13.45 = 255.55
20% of 255.55 = 51.11

255.55 - 51.11 = 204.44 hours
204.44 x $997 = $203,826

Costs: filing fee of $402
$402 + $203,826 = $204,228
= = = = = = = = = = = == == =

        Preparing fee motion

11/10
1.5 preparing itemization of attorney hours
1.3 research on fees
.8 Motion for fees outline
1.8 preparing draft of motion

11/11  .5  itemizing hours

11/14
2.1 research on fees
.5 improving motion
11/18
1.9 research on Eligibility
2.1 research on Entitlement
.8 research on "reasonableness"
11/19
1.6 re-writing Entitlement
2.3 re writing Reasonableness
.4 research on LSI matrix
11/20 2.1 re reading and improving motion

= = = = = =
 Total hours for November 10-20, 2022  = 19.7 hours

19.7 x $997 = $19,640

GRAND TOTAL

$204,228 +$19,640 = $223,868

= = = = = = = = = = == == =