# Exhibit A

CO-A600
Rev. 4/2022

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

## APPLICATION FOR ADMISSION

This is a petition for admission to practice before the bar of this Court.  Admission to the Bar of this Court is limited to: (1) attorneys who are active members in good standing of the District of Columbia Bar; or (2) attorneys who are active members in good standing of the Bar of any state in which they maintain their principal law office; or (3) in-house attorneys who are active members in good standing of the Bar of any state and who are authorized to provide legal advice in the state in which they are employed by their organization client.

### *Application Submission*

Effective October 7, 2019, you must upload and submit your application electronically via PACER.  Click here for instructions.

### *Fees*

The application fee is **$213.00** (effective 12/1/2020). Of this amount, $25.00 is deposited to the credit of funds used to pay the expenses of the Clerk's Trustee Account, $168.00 is for statutory fees for administering the oath and issuing the certificate of admission, and $20.00 is deposited into the fund for Judicial Services established under 28 U.S.C. § 1931. **Once your application has been accepted, you will receive an e-mail requesting payment of the fee and written execution of the oath.**

### *Sponsor's Affidavit*

The Sponsor's affidavit and motion form is to be completed by an attorney who is a member in good standing of the bar of this Court and who has known the applicant for at least one year.  The affidavit must be hand-signed and may not be waived.

### *Certificate of Good Standing*

So that we may confirm your membership with the required Bar in accordance with LCvR 83.2, please provide a Certificate of Good Standing from the District of Columbia Bar or the Bar of the state in which you maintain your principal office. The certificate must be issued within a year of the date of your application.

### *Membership Renewal*

In October 1989, the United States District Court for the District of Columbia amended and adopted a number of Local Rules dealing with the admission and practice of attorneys. LCvR 83.9 requires that each member of the bar of this Court renew his or her membership every three years by filing with the Clerk of the Court, on or about July 1st of every third year, a renewal certificate and by paying a renewal fee in the amount of $25.00.

Notification of the renewal requirement and the renewal certificate are electronically mailed to the last known e-mail address of all applicable attorneys prior to the renewal date.  Attorneys who do not renew will not be able to practice or file pleadings in the District Court.

_Ceremony_

**ATTENTION: Due to the COVID-19 Pandemic, the United States District and Bankruptcy Courts for the District of Columbia have canceled all Attorney Admission Ceremonies until further order of the Court.**

Admission ceremonies are held on the first Monday of each month (except when Monday is a holiday, then the ceremony is held the following Monday).  You will be scheduled for the first ceremony after the petition is timely received.  Timely receipt means receiving the petition in this office on or before the closing date indicated for each ceremony date.  Please arrive no later than 9:00 A.M., as entry into the courtroom is prohibited after 9:25 A.M.  Enclosed you will find a list of the closing and ceremony dates for the current year.  Please retain this page for your records.  The courtroom designated for the ceremony is Ceremonial Courtroom 20 on the sixth floor of the courthouse.  Your sponsor is welcome but is not required to attend the ceremony.  A reception in the Judges' Dining Room given by the DC Chapter of the Federal Bar Association and the United States District Court will immediately follow the ceremony.

If you are unable to attend a particular ceremony, please notify this office before the ceremony date so that you may be rescheduled for the following month.  You will be given a limit of two chances to reschedule an admission ceremony, after which your petition and admission fees will be forfeited.  If you fail to attend the ceremony without notifying us in advance, your petition will be delayed for three months. If you fail to appear for two admission ceremonies even though we have notified you of the scheduled dates for these ceremonies, you will forfeit your admission fees accompanied by your petition. Petitions will be kept on file for six months.

_If you plan to ride Metro rail, the nearest station is Judiciary Square; use the 4th Street exit. Please keep this page until after you have been admitted, as it contains all the information you will need._

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**
**ATTORNEY ADMISSIONS**
**333 CONSTITUTION AVENUE, NW**
**ROOM 1225**
**WASHINGTON, DC 20001**
**(202) 354-3110**

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**IN THE MATTER OF THE APPLICATION OF:**

_____

(*Print your name as you wish for it to appear in the records of the court.*)

**FOR ADMISSION TO PRACTICE**

<u>*PETITION*</u>

I, _____, hereby petition the United States District and Bankruptcy Courts for the District of Columbia to admit me to practice before the aforementioned Court, and in support of my petition:

| | |
|---|---|
| _____ | _____ |
| (Date admitted to DC Bar) | (DC Bar No.) |
| _____ | _____ |
| (Principal Office - Firm Name) | (Street Address) |
| _____ | _____ |
| (City, State, Zip Code) | (Telephone Number) |
| _____ | _____ |
| (Date of Birth) | (Last four (4) digits of SSN) |

E-Mail Address _____

**Residence Address:**

Street _____

City _____   State_____

Zip Code _____   Telephone No._____

Admitted to State Bar of _____   Date Admitted _____

**OR**

In-House Attorney Admitted in _____   Date Admitted _____

3

My legal training (law school attended & graduation date) and experience are as follows (attach additional sheets, if necessary):_____
_____
_____
_____

All occasions, if any, on which I have been held in contempt of Court are set forth as follows: (**If none, so state.**) (State the nature of the contempt and the final disposition thereof.  Attach additional sheets if necessary.)_____
_____
_____

All occasions, if any, on which I have been convicted of a crime, censured, suspended, disciplined or disbarred by any Court are set forth as follows: (**If none, so state.**) (State the facts and circumstances connected therewith.  Attach additional sheets if necessary.)
_____
_____
_____

The Local Rules of this Court place certain requirements on counsel for admission to the Bar of this Court and also to practice.  Please check the requirements that apply.  In addition to requirement #1, either requirement #2 or #3 must be checked before the petition will be accepted.  If you wish to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits, at least one of the listed requirements on the bottom portion of the certificate must be checked.

## ADMISSION TO PRACTICE CERTIFICATE

In compliance with LCvR 83.8(b)(6) and LCrR 57.21(b)(6) the undersigned applicant hereby certifies that:

### *(MANDATORY)*

#1 _____     I have read and am familiar with the provisions of the Judicial Code (Title 28 United States Code) which pertain to the jurisdiction of and practice in the U.S. District Courts, the Rules of the United States District Court for the District of Columbia, and the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals [LCvR 83.8(b)(6)(i),(iii)and(iv)/LCrR 57.21(b)(6)(i),(iii) and (iv)]; D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996 (attached as Appendix B) [LCvR 83.8(b)(6)(v)]; [LCrR 57.21(b)(6)(v)]; and

#2 _____     I am familiar with the Federal Rules of Civil Procedure [LCvR 83.8(b)(6)(ii)]; **and/or**

#3 _____     I am familiar with the Federal Rules of Criminal Procedure [LCrR 57.21(b)(6)(ii)].

An attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that:

#4 _____        I have previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1) and LCrR 44.1(b)(1)]; **OR**

#5 _____        I have participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2) and LCrR 44.1(b)(2)]; **OR**

#6 _____        I have satisfactorily completed a continuing education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [Local Rule 83.2(b)(3) and LCrR 44.1(b)(3)].

In consideration of LCvR 83.11, the undersigned applicant certifies that:

#7 _____        I have read LCvR 83.11 and understand that members in good standing of the bar of this Court have an obligation to assist or represent the needy in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I have read LCvR 83.11 and understand that the Court has established a voluntary Civil Pro Bono Panel from which attorneys may be appointed by the Court to represent indigent pro se litigants.

_____          _____
(DATE)                                    (PETITIONER'S SIGNATURE)

5

**(PLEASE PRINT OR TYPE - EXCEPT FOR SIGNATURE)**

**PETITIONER'S NAME:** _____

### SPONSOR'S AFFIDAVIT AND MOTION

I, _____, was admitted to practice before the UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on _____, 20_____.
My bar number is _____ and I am currently an active member in good
standing of the Bar of the United States District Court for the District of Columbia.  I have known
the petitioner for at least one year, under the following circumstances:_____
_____
_____
_____

My knowledge of said petitioner's moral character is as follows:_____
_____
_____

My knowledge of said petitioner's experience is as follows:_____
_____
_____

I am satisfied that the petitioner has the necessary qualifications to become a member of the bar
of this Court, and I, therefore, move his/her admission.

I declare under penalty of perjury that the foregoing is true and correct.


_____              _____
         (DATE)                                    (SIGNATURE OF SPONSOR)

FIRM NAME _____

OFFICE ADDRESS_____

TELEPHONE_____

**Note: Original signatures only.**

Revised 11/2022

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

## 2023 ATTORNEY ADMISSIONS

Due to the COVID-19 Pandemic, the United States District and Bankruptcy Courts for the District of Columbia have canceled all attorney admission ceremonies until further order of the Court. Please review the 2023 admission dates below and the corresponding application, fee, and oath deadlines.

<u>Warning</u>:  Please be advised that if you miss the application deadline that corresponds with your preferred admission date, you must wait until the next admission date to be admitted to this court's bar.

| Application Due By: | Application Fee and Oath Due By: | For Admission on: |
| --- | --- | --- |
| December 16, 2022 | January 4, 2023 | January 9, 2023 |
| January 20, 2023 | February 1, 2023 | February 6, 2023 |
| February 17, 2023 | March 1, 2023 | March 6, 2023 |
| March 17, 2023 | March 29, 2023 | April 3, 2023 |
| April 21, 2023 | April 25, 2023 | May 1, 2023 |
| May 19, 2023 | May 31, 2023 | June 5, 2023 |
| June 16, 2023 | June 28, 2023 | July 3, 2023 |
| July 21, 2023 | August 1, 2023 | August 7, 2023 |
| August 18, 2022 | September 6, 2023 | September 11, 2023 |
| September 15, 2023 | September 27, 2023 | October 2, 2023 |
| October 20, 2023 | November 1, 2023 | November 6, 2023 |
| November 17, 2023 | November 28, 2023 | December 4, 2023 |

Revised 11/2022

*********************************

**NOTE:** The Admission Application shall be submitted via PACER. Once the application has been approved, you will receive an email requesting payment, in addition to a request for a signed Oath of Admission. When all the attorney admission requirements have been met and the Order of Admission is signed by the confirmed motions judge, you will receive a notice through PACER confirming admission. If you have any questions, please email us at attorney_admissions@dcd.uscourts.gov.

**PLEASE RETAIN THIS PAGE FOR YOUR RECORDS**