UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE TRAUMA CENTER LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 20-1128 (TNM) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Attorney's Fees and Costs, and Defendant's opposition thereto, and the entire record herein, it is hereby

**ORDERED** that Plaintiff's Motion for Attorney's Fees and Costs is **DENIED**.

**SO ORDERED**.

Dated: _____

_____
TREVOR N. MCFADDEN
United States District Judge